UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMOND CHRISTOPHER DAVIS,<br><br>Petitioner,<br><br>v.<br><br>RAYBON JOHNSON, Warden,<br><br>Respondent. | No. CV 18-7553-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court further reviewed the "Agreement With Report and Recommendation of United State Magistrate Judge" filed by Petitioner on August 26, 2019. (Dkt. No. 36.) The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is deemed amended to name Raybon Johnson as the proper Respondent.

IT IS FURTHER ORDERED as follows:

(1) Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is denied without prejudice;

(2) Petitioner's motion for leave to file a First Amended Petition for Writ of Habeas Corpus is granted.  The Clerk is directed to file Petitioner's lodged First Amended Petition for Writ of Habeas Corpus, Dkt. No. 34, and Support of First Amended Petition for Writ of Habeas Corpus; Memorandum of Points and Authorities, Dkt. No. 35.

(3)  Respondent shall respond to the First Amended Petition for Writ of Habeas Corpus, Dkt. Nos. 34, 35, within 75 days after the date of this order.

(4) The case is referred back to the magistrate judge for further proceedings.

DATED: August 30, 2019

JOHN A. KRONSTADT
United States District Judge