1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JERMOND CHRISTOPHER DAVIS,          Case No. CV 18-7553 JAK (PVC)

12                   Petitioner,

13        v.                                      **JUDGMENT**

14   RAYBON JOHNSON, Warden, et al.,

15                   Respondent.

16

17        Pursuant to the Court's Order Accepting Findings, Conclusions and

18   Recommendations of United States Magistrate Judge,

19

20        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without

21   prejudice.

22

23   Dated: August 7, 2020

24                                    _____

25                                    JOHN A. KRONSTADT
                                      UNITED STATES DISTRICT JUDGE
26

27

28